| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ADRIAN T. KINSELLA<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

FILED
AUG 29 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FILEMON PADILLA-MARTINEZ, et al.,

Defendants.

CASE NO. 2:19-MJ-146-KJN

[~~PROPOSED~~] ORDER TO FILE REDACTED COPY OF COMPLAINT

The government's motion to unseal the above-referenced case, keep the complaint and any reference to the third defendant sealed, and file a redacted copy of the sealed complaint is GRANTED.

Dated: August 29, 2019

_____
HON. KENDALL J. NEWMAN
United States Magistrate Judge